[No. 21953-4-III.   Division Three.   October 28, 2004.]

*In the Matter of the Marriage of* GARY LEE HALL, *Respondent*, and ROSELIN LEE HALL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-3-02317-7, Tari S. Eitzen, J., entered March 7, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22300-1-III.   Division Three.   October 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALAN SHEPLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-1-00553-6, Linda G. Tompkins, J., entered August 4, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22357-4-III.   Division Three.   October 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH CONRAD SPAULDING, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 02-1-00915-1, John M. Antosz, J., entered August 11, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 51629-9-I.   Division One.   November 1, 2004.]

THANG NGUYEN, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 01-2-09697-4, Linda Lau, J., entered August 2, and 12, and December 2, 2002. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.